PD-0427-15

NO. _____

# IN THE
# COURT OF CRIMINAL APPEALS
## AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 17 2015

Abel Acosta, Clerk

## SAUL SALINAS
### V.
## THE STATE OF TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

APR 17 2015

Abel Acosta, Clerk

FROM APPEAL NO. 03-12-00117CR
TRIAL CAUSE NO. 5141
SAN SABA COUNTY

# FIRST MOTION FOR EXTENSION OF TIME TO FILE
# PETITION FOR DISCRETIONARY REVIEW

To The Honorable Judges of the Courts of Criminal APPEALS:

Comes Now, Saul Salinas, Petitioner, and files this Motion FOR an EXTENSION of Sixty (60) day in which to file Petition For Discretionary Review. IN support of this motion, Petitioner shows the Court the following:

## I

The Petitioner was convicted in the 33rd Judicial District Court of San Saba County. Texas of offense of Aggravated

Sexual Assualt of a Child in Cause No. 5141. Styled State Of Texas vs. Saul Salinas. The Petitioner appealed to the Courts of Appeals, THIRD SUPREME JUDICIAL DISTRICT. The case was affirmed on March 26, 2015

## II.

The present deadline for filing the Petition for Discretionary Review is April 26, 2015. The Petitioner has not requested any extension to this request.

## III.

Petitioner's request for an extension is based upon the Following facts: Petitioner was not informed of the decision of the Courts of Appeals in affiriming his case until April 2, 2015. Since that time Petitioner has been attempting to gain legal represtation in this matter. His attonery on the appeal Tracy D. Cluck has informed Petitioner that he will not represent him on the Petition for Discretionary Review.

WHEREFORE, Petitioner prays this Court grant this motion and extend the deadline for filing the Petion for Discretionary Review in case No 5141 to June 26, 2015.

Saul Salinas
Petitioner, pro se

Texas Department of Criminal Justice
McConnell Unit
TDC# 1716946
3001 South Emily Drive
Beeville, TX 78102

# CERTIFICATE OF SERIVCE

I certify that a true and correct copy of the above and forgoing First Motion for Extension of time to File a Petition For Discretionary Review, has been forwarded by U.S. Mail, postage prepaid, first class to the Attorney for State San Saba District Attorney at San Saba and the State Prosecuting Attorney, Po Box 12308, Austin, Texas 78711 on this the 13th day of Apirl, 2015

_Saul Salinas_
Petitioner, Pro Se

I, Saul Salinas, TDC # 1716946, being Prestnly incarcerated in the McConnell Unit of the Texas Department of Criminal Justice in Beeville, county Texas Verify and declare under penaltiy of perjury that the foregoing statements are true and Correct. Executed On this the 3rd day of May, 2015

Saul Salinas
TDC # 1716946
McConnell Unit
3001 South Emily Drive
Beeville, TX 78102